UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE, | No. C-10-05256 DMR |
| Plaintiff, | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| JOSEPH READER, | |
| Defendant. _____/ | |

Pursuant to Civil Local Rule 3-12(c), this Court, *sua sponte*, refers the above-captioned case, filed on November 18, 2010, to the Honorable Judge William H. Alsup to consider whether this case is related to C-10-1767 WHA, *Scrase v. Reader*, in which the complaint was dismissed and a judgment of dismissal was entered against plaintiff on May 7, 2010.  Both cases appear to concern the same defendant and alleged incident filed by the same plaintiff proceeding *pro se*.  Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

IT IS SO ORDERED.

Dated: November 30, 2010



_____
DONNA M. RYU
United States Magistrate Judge